89 A.3d 154

**Danny C. HOSKINS**

v.

**STATE of Maryland.**

No. 80, Sept. Term, 2013.

Court of Appeals of Maryland.

April 8, 2014.

Peter F. Rose, Assistant Public Defender (Paul B. DeWolfe, Public Defender, Baltimore, MD), on brief, for Appellant.

Robert Taylor, Jr., Assistant Attorney General (Douglas F. Gansler, Attorney General of Maryland, Baltimore, MD), on brief, for Appellee.

Argued before: BARBERA, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, McDONALD and WATTS, JJ.

PER CURIAM ORDER.

This case having been argued before the Court in the April Session of Court and upon consideration of the pleadings, papers, briefs, and record extract, it is this 8th day of April, 2014,

ORDERED, by the Court of Appeals of Maryland, that the motion to dismiss filed by the State be, and it is hereby, granted, it being determined by the Court that the relief sought by Petitioner/Appellant is not within the ambit of Section 8–201 of the Criminal Procedure Article, and it is further

ORDERED, that this case is remanded to the Court of Special Appeals to consider the application for leave to appeal previously filed in that Court.